# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

146935

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DEBRA LYNETTE JOHNSON,
        Plaintiff-Appellant,

v

GENERAL MOTORS COMPANY,
INTERNATIONAL UNION (UAW)
AFL-CIO, and DELPHI,
        Defendants-Appellees.

SC: 146935
COA: 313204
LC:  07-078958-CA
      07-077479-CB

_____/

      On order of the Court, the application for leave to appeal the March 13, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



t0617

                 Clerk